# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| EDWARD KHO,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY;<br>DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | CASE NO.: 8:12-cv-00847-DOC-AGRx<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL WITH PREJUDICE<br><br>[*Assigned to the Hon. David O. Carter*] |

**TO THE HONORABLE COURT, TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

On August 6, 2012, the Court granted the motion to dismiss filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank,

/ / /

/ / /

1 FSB ("Wells Fargo") (erroneously sued as Wells Fargo & Company") and entered
2 an Order dismissing this entire action with prejudice for failure to timely file an
3 amended complaint. Accordingly:

4 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

5 1. This action is dismissed with prejudice;

6 2. Plaintiff Edward Kho will take nothing from defendant Wells Fargo,
7 in this action; and

8 3. As the prevailing party, defendant Wells Fargo may submit an
9 application to tax costs ~~and file a motion to recover its attorneys' fees~~.

12 Dated: September 13, 2012   /s/ David O. Carter
13                              HON. DAVID O. CARTER
                                 U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

Patricia Renee Rodriguez
prod@attorneyprod.com
George Michael Hill
george@georgemhill.com
Law Office of Patricia Rodriguez
739 East Walnut Street Suite 204
Pasadena, CA 91101
626-888-5206 (Tel)
626-844-6550 (Fax)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **September 11, 2012.**

| Lina C. Velasquez | */s/ Lina C. Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |